IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON  DIVISION


WILLIAM E. WEST, IV,                              :
                                                  :
                    Plaintiff,                    :
                                                  :
          VS.                                     :          CIVIL ACTION NO.: 5:07-CV-11 (WDO)
                                                  :
BIBB COUNTY LAW ENFORCEMENT                       :
CENTER, *et al.*,                                 :
                                                  :
                    Defendants.                   :          **<u>ORDER</u>**


On January 11, 2007, Plaintiff **WILLIAM E. WEST, IV**, a pretrial detainee at the Bibb

County Law Enforcement Center in Macon, Georgia, filed a *pro se* civil rights complaint under 42

U.S.C. § 1983.

In an Order dated January 12, 2007, the Court ordered plaintiff to pay an initial partial filing

fee.  Plaintiff failed to pay the initial partial filing fee.

Therefore, in an Order to Show Cause dated March 8, 2007, the Court ordered plaintiff to

show cause to the Court, by March 19, 2007, why his case should not be dismissed for failure to pay

the initial partial filing fee.  Plaintiff was ordered to advise the court: (1) what attempts, if any, he

made to pay the required initial partial filing fee; (2) whether he requested prison officials to

withdraw the required amount from his account and to submit it to the Court; and (3) whether he

wishes to proceed with his lawsuit.

Plaintiff has failed to pay the initial partial filing fee or respond to the March 8, 2007 Order to Show Cause. Because of his failure to comply with the Court's instructions, plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 21st day of March, 2007.

<u>S/</u>
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE

lnb